```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

LEGACY, INC.,                        )
                                     )
                  Plaintiff,         )
                                     )
     v.                              )   No.  05 C 5431
                                     )
TEKSERVE POS, LLC, a Minnesota       )
limited liability corporation,       )
et al.,                              )
                                     )
                  Defendants.        )

<u>MEMORANDUM ORDER</u>

Kurt Allseitz ("Allseitz") has now filed his Memorandum in Opposition to Plaintiff's Renewed Motion for Sanctions, a motion that has been hanging fire for many months.[1]  Although this action is set for a status hearing on January 23, this brief memorandum order is issued by way of advance notice to counsel for movant Legacy, Inc. that a prompt reply to the Allseitz memorandum will be required, with the specific date for the filing of that reply to be set at the January 23 status hearing.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  January 17, 2007

---

[1] No criticism is suggested here for the delay involved in Allseitz' filing of his response, which this Court understands was occasioned by an extended delay in his counsel's receipt of transcripts of the relevant court hearings.